JS-6

BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>            Plaintiffs,<br><br>       vs.<br><br>ABEL SANCHEZ, an individual doing business as "SRC- Supreme Refrigeration Concepts" and "Supreme Refrigeration Concepts",<br><br>            Defendant. | Case No. 2:22-cv-06596-AB-AGR<br><br>[~~Proposed~~] JUDGMENT |

This action having been commence on September 15, 2022, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and

against Defendant, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, shall recover from Defendant Abel Sanchez, an individual doing business as "SRC- Supreme Refrigeration Concepts" and "Supreme Refrigeration Concepts," the principal amount of $78,649.39, plus pre-judgement and post-judgement interest calculated at 8% per annum from October 18, 2022, until paid in full.

DATED: November 9, 2022

_____
Honorable Andre Birotte Jr.
United States District Court Judge